[Nos. 8680–1–III; 9096–5–III. Division Three. June 2, 1988.]

*In the Matter of the Guardianship of*
JESSICA DAWN CURTIS, ET AL.

Appeals from judgments of the Superior Court for Walla Walla County, No. 85–4–00112–3, James B. Mitchell and Yancey Reser, JJ., entered June 4, 1987 and January 13, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 21006–8–I. Division One. June 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE D. JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–02144–2, Jack A. Richey, J. Pro Tem., entered August 27, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20094–1–I. Division One. June 6, 1988.]

KATHERINE VAIL, *Respondent,* v. TED T. YAMAMURA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–07619–4, Robert E. Dixon, J., entered April 11, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Swanson, J.